IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 1:16-CR-0301-LMM-RGV |
| OSCAR VAZQUEZ-NAVARETTE, | : |
| | : |
| Defendant. | : |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [18], recommending that Defendant Oscar Vasquez-Navarette's Motion to Suppress [16] be denied. Defendant has filed objections [20] to the R&R.

Under 28 U.S.C. § 636(b)(1), the Court reviews the Magistrate's Report and Recommendation for clear error if no objections are filed to the report. 28 U.S.C. § 636(b)(1). If a party files objections, however, the district court must determine *de novo* any part of the Magistrate Judge's disposition that is the subject of a proper objection. Id.; FED. R. CRIM. P. 59(b)(3). As Defendant filed objections to the R&R with respect to its findings regarding and analysis of Defendant's motion to suppress evidence, the Court reviews the Magistrate Judge's findings and recommendations regarding these conclusions on a *de novo* basis.

Defendant objects that notwithstanding binding Eleventh Circuit precedent which holds the exclusionary rule does not apply to identification evidence, this

Court should hold a hearing "to assess whether the Constitutional violations were egregious or transgress notions of fundamental fairness." Dkt. No. [20] at 2. This Court agrees with the Magistrate Judge that Defendant has not made a preliminary showing of an egregious violation or transgression of fundamental fairness which would merit a hearing, and even if he had, the Eleventh Circuit has already held that the government may introduce his name, photograph, fingerprints, and alien file for identification purposes—even if unconstitutionally obtained. R&R, Dkt. No. [18] at 3-5; U.S. v. Farias-Gonzalez, 556 F.3d 1181, 1189 (11th Cir. 2009) ("Therefore, we hold that the exclusionary rule does not apply to evidence to establish the defendant's identity in a criminal prosecution, and accordingly, the fingerprint and photograph evidence in this case offered to prove Farias-Gonzalez's identity is not suppressible.").

In accordance with the foregoing, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [18] as the findings of this Court. Defendant's Motion to Suppress Evidence [16] is **DENIED.**

**IT IS SO ORDERED** this 27th day of October, 2016.

_____
**Leigh Martin May**
**United States District Judge**